# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MENTONE SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INSEEGO CORP.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Case No: 1:18-cv-02767-NYW<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Mentone Solutions LLC hereby files this voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Mentone Solutions LLC voluntarily dismisses this action against Defendant Inseego Corp. with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 4, 2019　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Jay Johnson
　　　　　　　　　　　　　　　　　　　　　　**JAY JOHNSON**
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON PLLC**
　　　　　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　　　　　jay@kjpllc.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed and served on January 4, 2019 on all counsel or parties of record via CM/ECF and email.

    Jay Johnson
    Kizzia Johnson PLLC
    1910 Pacific Ave., Suite 13000
    Dallas, Texas 75201
    (214) 451-0164
    Fax: (214) 451-0165
    jay@kjpllc.com

    Inseego Corp.
    Via Counsel:
    Chris Kennerly
    Paul Hastings LLC
    1117 S. California Ave.
    Palo Alto, CA 94304
    650-320-1800
    chriskennerly@paulhastings.com

    */s/Jay Johnson*
    JAY JOHNSON